UNITED STATES DISTRICT COURT DISTRICT OF
NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.:  12-1240 |
| | : | |
| V. | : | CRIMINAL ACTION |
| Erik Howard | : | |
| | : | ORDER OF RELEASE |
| | : | |

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

☑ Reporting, as directed, to U.S. Pretrial Services;

☐ Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

☐ Mental Health testing/treatment as directed by U.S. Pretrial Services:

☑ The defendant shall appear at all future court proceedings;

☑ Other:  Follow all state, federal and local laws

When on base he is prohibited from brining firearms and ammunition to base

/s/ Erik Howard                              12/02/2021
DEFENDANT                                    DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

/s/ Matthew J. Skahill

MATTHEW SKAHILL
U.S. MAGISTRATE JUDGE

DATE  12/2/2021